## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| MARLAN PENTON, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 4:15CV1097 RWS |
| CINDY GRIFFITH, | ) ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

This matter is before me on petitioner's motion for a certificate of appealability and motion for appointment of counsel. Petitioner has not met the requirements for the issuance of a certificate of appealability. Also, this Court does not appoint counsel in closed cases.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for rehearing [ECF No. 6] and motion for appointment of counsel [ECF No. 7] are **DENIED**.

Dated this 11th day of August, 2015.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE